**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 246 WAL 2022

            Respondent                     :

                                          :    Petition for Allowance of Appeal

                                          :    from the Order of the Superior Court

               v.                             :

                                          :

MICHAEL PAUL JACOBS,              :

                                          :

               Petitioner                      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of April, 2023, the Petition for Stay of Allowance of Appeal and Petition for Allowance of Appeal are **DENIED**.